No. 67, Misc.  WISE v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 68, Misc.  CRAWFORD v. CIRCUIT COURT OF LUCAS COUNTY ET AL.  Supreme Court of Michigan.  Certiorari denied.

No. 70, Misc.  ROUSSEAU v. HURTADO, EXECUTRIX. District Court of Appeal of California, First Appellate District.  Certiorari denied.

No. 74, Misc.  BOMBARD v. NEW YORK.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 75, Misc.  JONES v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir. Certiorari denied.

No. 79, Misc.  COSIMO v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 83, Misc.  WILKINSON v. NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 89, Misc.  BEACH v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Eugene Gressman* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.